PORTO RICO FERTILIZER Co., demandante y apelante, *v.*
PEDRO GANDÍA, demandado y apelado.

No. 3897.—*Visto:* Junio 9, 1926.  *Resuelto:* Junio 23, 1926.

APELACIÓN Y ERROR—REVISIÓN—DISCRECIÓN DE LA CORTE INFERIOR—HONORARIOS
DE ABOGADO.—Atendida la cuestión envuelta en el caso de autos, causa de la
condena en costas, se resolvió que la suma concedida por honorarios de abo-
gado era excesiva, reduciéndose a otra que representaba el valor razonable
de dichos honorarios.

RESOLUCIÓN de *Charles E. Foote,* J. (Sección Primera, San Juan),
en incidente sobre memorándum de costas.  *Modificada y confir-
mada.*

*Henry G. Molina,* abogado del apelante; *Juan B. Soto,* abogado del
apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tri-
bunal.

El único motivo para esta apelación es que la cantidad
concedida por la corte inferior por honorarios de abogado
en un memorándum de costas es excesiva.

El 8 de diciembre de 1922 la Porto Rico Fertilizer Co.
demandó a Don Pedro Gandía para que le pagase la canti-
dad de $10,956.75 que alegó había sido cobrada indebida-
mente por Gandía en otro pleito seguido entre las mismas
partes en el que la Porto Rico Fertilizer Co. fué condenada
a pagarle la suma de $8,234.06 y sus intereses, exponiéndose
en la demanda que habiendo sido apelada esa sentencia se
obtuvo después su ejecución manifestándose falsamente a la
corte de distrito en 11 de julio de 1922 que su sentencia en
dicho pleito había sido confirmada por el Tribunal Supremo
en 24 de abril de ese año cuando lo cierto era que el Tribunal
Supremo había reconsiderado esa sentencia el 22 de mayo
de 1922 dejándola nula y sin valor alguno.

Por virtud de esa demanda se embargaron bienes a Gan-
día originándose un incidente entre las partes sobre la pro-
cedencia del embargo y después de excepcionada la demanda
y de contestada recayó sentencia contraria a la Porto Rico
Fertilizer Co. con imposición de costas.  Para cobrar Gan-
día esas costas presentó un memorándum en el que consignó

una partida de $4,000 por honorarios de abogado, cantidad que la corte inferior redujo a $3,000 y cuya resolución motiva esta apelación establecida por la Porto Rico Fertilizer Co.

Por lo expuesto se ve que la cuestión en litigio en el pleito que dió motivo a la fijación de $3,000 por honorarios de abogado era sumamente sencilla porque estaba limitada a si cuando fueron cobrados por Gandía en el otro pleito los $10,956.75 podía ejecutarse la sentencia de la corte de distrito confirmada por la nuestra de 24 de mayo de 1922 en el particular referente a la condena de pagar esa cantidad, aun cuando en 22 de mayo de 1922 había sido dejada sin efecto y que luego sostuvimos nuevamente en nuestra sentencia de 3 de julio siguiente confirmando nuevamente la de la corte inferior en cuanto a la condena de pagar dicha cantidad: cuestión que además carecía de importancia porque cuando se presentó la demanda para recobrar ese dinero de Gandía ya había sido resuelto por este Tribunal Supremo desde el 29 de julio de 1922 en un recurso de *certiorari* originado por una orden de la corte inferior que la sentencia en dicho pleito fué propiamente ejecutada porque nuestra sentencia de 3 de julio de 1922 en dicho pleito había confirmado la condena de pago hecha por la corte inferior y no estaba suspendida en sus efectos cuando fué cumplida mediante el cobro hecho por Gandía. *Gandía* v. *La Corte de Distrito de San Juan,* 31 D.P.R. 146.

En vista de la cuestión envuelta en este pleito, causa de la condena en costas a favor de Gandía, estimamos excesiva la suma de $3,000 que le fueron concedidos por honorarios de su abogado y que la cantidad de $500 es el valor razonable de dichos honorarios.

*Por todo lo expuesto la resolución apelada debe ser modificada en el sentido de reducir la partida de honorarios de abogado a la cantidad de quinientos dólares, y así modificada confirmarse dicha resolución.*